MINUTE ENTRY
WILKINSON, M. J.
JULY 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENYALE DAVIS | CIVIL ACTION |
| VERSUS | NO. 11- 712 |
| HOWARD PRINCE, WARDEN | SECTION "F" (2) |

A preliminary conference was conducted on this date in this case. Participating via telephone were plaintiff pro se and Andrew Pickett, representing defendant. The purpose of the conference was to obtain plaintiff's testimony and plan the submission of additional evidence in connection with the district judge's referral order. Record Doc. No. 18.

Plaintiff was sworn and testified concerning the date and circumstances of his delivery of the subject notice of appeal to prison officials for mailing. Plaintiff testified that while he is not in possession of a receipt for the mailing transaction, there may be a record of the mailing transaction in any postage expense transaction noted on his inmate trust account at Elayn Hunt Correctional Center ("Hunt"), where he was incarcerated when he made the subject mailing. Plaintiff testified that other than his inmate account record, he

MJSTAR: 0 : 10

knows of no other documentary evidence regarding the mailing of the subject notice of appeal.

Defense counsel does not have any additional documentary evidence regarding the mailing of the subject notice of appeal, but agreed that Hunt officials may have relevant records regarding the mailing transaction.  Both parties agreed that the court should order production of plaintiff's inmate account transactions and any other relevant records regarding the mailing of the subject notice of appeal from Hunt.

Accordingly, **IT IS ORDERED** that the Warden of Elayn Hunt Correctional Center must provide to me no later than **July 31, 2012**, with any record of plaintiff's inmate trust account transactions for **December 2011 and January 2012** and any other records reflecting the mailing of plaintiff's notice of appeal in the captioned case, including any record indicating the date plaintiff placed his appeal in the hands of prison officials for mailing.

Thereafter, this matter will be deemed under submission, and I will issue findings and recommendations on the record.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. MARTIN L.C. FELDMAN

**AND**

WARDEN
HUNT CORRECTIONAL CENTER
P. O. BOX 174
ST. GABRIEL, LA  70776