

**BOBBY JINDAL**
Governor

**JAMES M. LE BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Elayn Hunt Correctional Center

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUL 3 0 2012  wf

LORETTA G. WHYTE
Clerk

July 25, 2012

11-712 F(2)

Dear Honorable Wilkinson,

There is no documentation which indicates that Offender Benyale Davis #448184 sent any "Legal Mail" out of Elayn Hunt Correctional Center between specified dates, December 2011 and January 2012. All records indicate that the last "Legal Mail" sent out by Benyale Davis #448184 was on October 18, 2011. This "Legal Mail" postage was processed and deducted from his account on October 24, 2011.

I have attached a copy of the documentation referenced in this letter.

If you have any further questions, please don't hesitate to contact us @ 225-319-4538.

Respectfully,

Tim Hooper
Deputy Warden, Operations

Enclosure

TH:ttd

TENDERED FOR FILING

JUL 3 0 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ____
___ Process ____
_X_ Dktd ____
_X_ CtRmDep ____
___ Doc No. ____

6925 Highway 74, Post Office Box 174, St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer

MINUTE ENTRY
WILKINSON, M. J.
JULY 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENYALE DAVIS  A48184 | CIVIL ACTION |
| VERSUS | NO. 11- 712 |
| HOWARD PRINCE, WARDEN | SECTION "F" (2) |

A preliminary conference was conducted on this date in this case. Participating via telephone were plaintiff pro se and Andrew Pickett, representing defendant. The purpose of the conference was to obtain plaintiff's testimony and plan the submission of additional evidence in connection with the district judge's referral order. Record Doc. No. 18.

Plaintiff was sworn and testified concerning the date and circumstances of his delivery of the subject notice of appeal to prison officials for mailing. Plaintiff testified that while he is not in possession of a receipt for the mailing transaction, there may be a record of the mailing transaction in any postage expense transaction noted on his inmate trust account at Elayn Hunt Correctional Center ("Hunt"), where he was incarcerated when he made the subject mailing. Plaintiff testified that other than his inmate account record, he

MJSTAR: 0 : 10

RECEIVED
JUL 1 6 2012
WARDEN'S OFFICE
HUNT CORRECTIONAL CENTER
ST. GABRIEL, LA 70776

knows of no other documentary evidence regarding the mailing of the subject notice of appeal.

Defense counsel does not have any additional documentary evidence regarding the mailing of the subject notice of appeal, but agreed that Hunt officials may have relevant records regarding the mailing transaction. Both parties agreed that the court should order production of plaintiff's inmate account transactions and any other relevant records regarding the mailing of the subject notice of appeal from Hunt.

Accordingly, **IT IS ORDERED** that the Warden of Elayn Hunt Correctional Center must provide to me no later than **July 31, 2012**, with any record of plaintiff's inmate trust account transactions for **December 2011 and January 2012** and any other records reflecting the mailing of plaintiff's notice of appeal in the captioned case, including any record indicating the date plaintiff placed his appeal in the hands of prison officials for mailing.

Thereafter, this matter will be deemed under submission, and I will issue findings and recommendations on the record.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. MARTIN L.C. FELDMAN**

<u>AND</u>

**WARDEN**
**HUNT CORRECTIONAL CENTER**
**P. O. BOX 174**
**ST. GABRIEL, LA 70776**



CLERK'S OFFICE
A TRUE COPY

JUL 1 0 2012

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

```
DATE: 07/19/12            DPS&C CORRECTIONS SERVICES                    IINQDEBT
TIME: 12:49           INMATE BANKING - DEBT ACCOUNT DETAIL

NAME:   DAVIS, BENYALE              B/M   LSP NUMBER:    00448184
LVQR:   8202-WIND 3                 WORK:       966F-
MASTER ACCOUNT STATUS:   ACTIVE           DEBT ACCOUNT:   # 0049, INACTIVE

                 I N M A T E   D E B T   I N F O R M A T I O N

PAYEE NAME......:   999301              PAYEE CODE.......:   00999301
DEBT TYPE.......:   LEGAL POSTAGE       PENDING APPEAL?..:   N
COMMENTS........:   10/18/11
INPUT DATE......:   10242011
DATE RECEIVED...:   10242011            TOTAL DEBT AMOUNT:   $        1.04
DB COURT DATE...:                       CUMULATIVE PAID..:   $        1.04
APPEAL DATE.....:                       FORGIVEN AMOUNT..:   $        0.00
CUTOFF DATE.....:                                            ------------
LAST UPDATE DATE:   10242011                 AMOUNT OWED:    $        0.00
LAST UPDATE USER:   4131HUNT

                          XMIT FROM HERE->
   F2=MENU   F3=PREV SCRN   F4=IMODDEBT   F5=IADDDEBT   F6=CANSTD   F7=DAILY REPORT
```

**OFFENDER ORGANIZATION**

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDER FUNDS WITHDRAWAL REQUEST

NAME: LAST NAME, FIRST NAME, INITIAL: Davis, Benjale

DOC NUMBER: 448184

LIVING QUARTERS: Fox 6A

DATE OF REQUEST: MO. 10 / DAY 12 / YEAR 11

TOTAL AMOUNT: $ 1.34

**OFFENDER DRAWING ACCOUNT — LEGAL MAIL**

| CODE | | DRAWING ACCOUNT |
|---|---|---|
| 73 | ☐ | Offender club |
| 74 | ☐ | Outside purchase |
| | ☐ | Family member |
| | ☐ | Educational courses |
| | ☐ | Outside bank savings acct# |
| | ☐ | Newspaper ad for clemency / pardon |
| | ☒ | Other: Legal Mail - Objections to Magistrate Report to Eastern Dist. of La. |
| 79 | ☐ | Court Cost - Civil action number |
| 94 | ☐ | Savings Bond |

**SAVINGS ACCOUNT**

| CODE | | |
|---|---|---|
| 79 | ☐ | Court Cost - Civil action number |
| 94 | ☐ | Savings Bond |
| 82 | ☐ | Educational courses |

**TRANSFERS** - No check will be produced

| CODE | | |
|---|---|---|
| 68T | ☐ | Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

RECEIVED OCT 18 2011
LEGAL MAIL

BUSINESS OFFICE
HUNT CORRECTIONAL CENTER
ST. GABRIEL, LA 70776
OCT 18 2011

VENDOR NO.

WRITTEN AMOUNT: _____ DOLLARS

**PAYEE:** OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL

NAME: E.H.CC Mailroom
ADDRESS:
CITY: STATE: ZIP:

OFFENDER SIGNATURE: [signature]
REQUEST DENIED. REASON:

RIGHT THUMB PRINT [thumbprint]

VERIFIED BY: B. Caporate TITLE: Sgt.
APPROVED BY: [signature] TITLE: [signature] Sgt. Sangria

DOC Form PF-30    10-A    CHS Form Revised 08-2003

```
DATE: 07/19/12              DPS&C CORRECTIONS SERVICES              TIME: 11:46
AMENDED: 03/07/12                  MASTER RECORD                    PAGE 1
```

---------------------------  D E S C R I P T I O N  ---------------------------

```
DOC #..: 00448184          CURRENT LOC: RAYBURN CORR CENTER
NAME: DAVIS, BENYALE L                   B/M        DOB.......: 07/18/1983

SID NUMBER: 002192367     FBI NUMBER: 317621TB8      SOC.SEC....: 434517122
DRIVER LIC: 000000008021044 - LA                     STRIKE.....: NO
HGT.......: 5`11          WEIGHT....: 165            HAIR.......: BLACK
EYES......: BROWN         COMPLEXION: MEDIUM         SHOE SIZE.:
********************* R E L E A S E    I N F O R M A T I O N *********************
DN                                                    DNA: Y
OFFENDER CLASS: 02        GT ACT.: 0000               TEST DATE: 08/11/2003
WRED: 08/26/2034
PED: 02/24/2020           DS   ...: NO/T /ELIG        FTD: 02/24/2035
                          ADJ.TO.: NOTELG

PB ACTION..:              MS ON TOTAL LOSS OF GT      TOTAL SENTENCE
                          TO DATE:                    030YRS/ 00MTH/ 00DAYS
TYPE ACTION:              RESTORED:     0
ACTION DATE:              CTRP Release Factor: 0   DAYS

COMMENTS: CORRECTED OFFENDER CLASS AND PED


DETAINER: N    DETAINER INFO:
```

-----------------------  O F F E N S E   I N F O R M A T I O N  -----------------------

| DOCKET<br>NUMBER | PAR<br>CON | HW<br>CR | SENTENCE<br>DATE | MOD1&2 | STATUTE | CNT | TERM<br>YYYMMDD | HW<br>CR | REV<br>FLG | GT<br>ACT | APP<br>JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 395969 | STM | CC | 01/11/07 | / | P-FIREARM-CCW-CNV | 001 | 0100000 | NA | | 572 | 0692 |
| 448349 | ORL | NA | 01/30/06 | HAB/ | PWID COCAINE | 001 | 0300000 | NA | | 000 | 0340 |

```
DOC #..: 00448184    NAME..: DAVIS, B                              PG   2
-------------------------------- A L I A S --------------------------------
 BEN              L    DAVIS                  07/18/83
 BENYALE               DAVIS                  07/18/83

********************* E M E R G E N C Y   C O N T A C T *********************

 EMERGENCY CONTACT: EDRENA WASHINGTON      RELATION.......: GRANDMOTHER
 EMERGENCY ADDRESS: 3607 EASTWOOD ROAD     EMER.CITY/ST: NATCHEZ           MS
 EMERGENCY ZIPCODE: 39120                  EMERGENCY PHONE: (601) 304-1178

-------------------------- P E R S O N A L   D A T A --------------------------
 ADDRESS..:22720 IMPERIOR VALLEY DR     HOUSTON, TX
 BIRTH CITY: NEW ORLEANS           ,LOUISIANA       CITIZEN..: YES
 MARITAL ST: SINGLE                 CHILDREN: 01    RELIGION..: UNKNOWN
 EDUCATION.: 11 YRS.                ELOC....: 3     GOVT ASST.:
 OCCUPATION: COOK
 MOTHER`S NAME: LESLIE     DAVIS             FATHER`S NAME: UNKNOWN UNKNOWN

------------------ S C A R S - M A R K S - T A T T O O S ------------------
 MARK/INFIRMITY.1:               LITERAL:
 MARK/INFIRMITY.2:               LITERAL:
 MARK/INFIRMITY.3:               LITERAL:
 MARK/INFIRMITY.4:               LITERAL:
 MARK/INFIRMITY.5:               LITERAL:

-------------------- T R A N S F E R   I N F O R M A T I O N --------------------
                                                   FROM     TYPE
   ASSIGNED  LOCATION       PHYSICAL  LOCATION     DATE     SUPV
 ======================    ======================  ========  ====
 NEW ORLEANS EAST DIST     NEW ORLEANS EAST DIST   11/19/01   B
 NEW ORLEANS EAST DIST     ORLEANS PP              01/28/02   B
 OAS/SOUTH JAILS           ORLEANS PP              03/22/02   A
 NEW ORLEANS EAST DIST     NEW ORLEANS EAST DIST   10/31/02   G
 OAS/SOUTH JAILS           ORLEANS PP              07/23/03   A
 NEW ORLEANS EAST DIST     NEW ORLEANS EAST DIST   08/11/03   G
 NEW ORLEANS EAST DIST     RELEASE                 11/21/03   G
 NEW ORLEANS EAST DIST     NEW ORLEANS EAST DIST   06/23/05   I
 NEW ORLEANS EAST DIST     ORLEANS PP              08/30/05   I
 NEW ORLEANS EAST DIST     LASALLE CORRECTIONAL    08/30/05   I
 NEW ORLEANS DISTRICT      LASALLE CORRECTIONAL    01/17/06   I
 NEW ORLEANS DISTRICT      ORLEANS PP              01/26/06   I
 OAS/SOUTH JAILS           ORLEANS PP              01/30/06   A
 OAS/SOUTH JAILS           ELAYN HUNT CORR CTR     02/13/06   A
                     (transfers continued next page)
```

```
DOC #..: 00448184    NAME..: DAVIS, B                              PG  3
------------------ T R A N S F E R   I N F O R M A T I O N --------------
                                            FROM       TYPE
  ASSIGNED   LOCATION    PHYSICAL   LOCATION  DATE     SUPV
  ====================   ====================  ========   ====
  HUNT RECEPTION AND DI  HUNT RECEPTION AND DI 02/27/06   A
  RAYBURN CORR CENTER    RAYBURN CORR CENTER   04/10/06   A
  RAYBURN CORR CENTER    ST. TAMMANY PP        01/08/07   A
  RAYBURN CORR CENTER    RAYBURN CORR CENTER   01/12/07   A
  ELAYN HUNT CORR CTR    ELAYN HUNT CORR CTR   09/07/10   A
  RAYBURN CORR CENTER    RAYBURN CORR CENTER   03/05/12   A


  HCC1V
  --------------------------------
  PRINTED BY                                         07/19/12
```

7010 3090 0003 5935 8500

UNITED STATES POSTAGE
$ 06.60
PITNEY BOWES
JUL 26 2012
02 1A
0004381067
MAILED FROM ZIPCODE 70776

TIM HOOPER
DEPUTY WARDEN of OPERATIONS
HUNT CORRECTIONAL CENTER
P.O. BOX 174
SAINT GABRIEL, LOUISIANA 70776

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130