UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENYALE DAVIS                                              CIVIL ACTION

VERSUS                                                     NO. 11- 712

HOWARD PRINCE, WARDEN                                      SECTION "F" (2)

## ORDER

This matter is proceeding on remand from the Fifth Circuit for purposes of completion of the evidentiary record in connection with the pending appeal. To complete the record upon its return to the Fifth Circuit, **IT IS ORDERED** that the Clerk transcribe and file in the record of the captioned case the transcript of the conference conducted before me on July 10, 2012. Record Doc. No. 21.

New Orleans, Louisiana, this ___31st___ day of July, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE