

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
## Elayn Hunt Correctional Center

July 27, 2012

Magistrate Judge Joseph C. Wilkinson
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Hale Boggs Bldg., Room 409
New Orleans, LA 70130

Re: Benyale Davis #448184

Dear Judge Wilkinson,

This is in response to your order for Elayn Hunt Correctional Center to produce any records of offender Benyale Davis' trust account transactions for December 2011 to January 2012 and any other records reflecting mailing of his notice of appeal.

Attached you will find the record of his account transactions for the referenced time period. We have also checked our legal mail logs and can find no record of him sending out any legal mail during that time period.

Please do not hesitate to contact me if you have any further questions or concerns.

Sincerely,

/Howard Prince
Warden

HP:dr



6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer



**BOBBY JINDAL**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

# State of Louisiana
Department of Public Safety and Corrections
Elayn Hunt Correctional Center

Elayn Hunt Correctional Center
Post Office Box 174
St. Gabriel, Louisiana 70776
Telephone # (225) 319-4504

**IBERVILLE PARISH**

I hereby certify that the enclosed documents are **TRUE AND CORRECT COPIES** of **Benyale Davis' #448184** offender account transactions for December 2011 and January 2012.

Sworn to and subscribed before me on the **27**[th] day of **July** 2012.

_____
Debbie Ramirez
Administrative Assistant
Warden's Office
Elayn Hunt Correctional Center

_____
Robert R. Rochester Jr.
Attorney at Law
LA Bar Roll No. 30292

```
PAGE     1                      STATE OF LOUISIANA              PAGE    1
                             DEPARTMENT OF CORRECTIONS        DATE 07/27/12
                                   *** STATEMENT ***
              DAVIS            BENYALE
6080 FOX6LA                                                   LSP NO:448184
HUNT CORRECTIONAL CENTER            FOX 6 TIER A        BEDS 1-26   COMPOUND 2

                        CHECK   ---REFERENCE---   ------SAVINGS-----  -----DRAWINGS-----  -----RESERVE-----
DESCRIPTION             NUMBER  NUMBER    DATE    DEPOSIT   WITHDRAW  DEPOSIT   WITHDRAW  DEPOSIT   WITHDRAW

  BEGINNING BALANCE                     12/26/11   53.46                67.11              0.00
INCENTIVE PAY                   6534IP  01/22/12    0.32      0.00       0.00     0.00     0.00      0.00

  CURRENT BALANCE                       01/29/12   53.78                67.11              0.00
```

```
PAGE       1                    STATE OF LOUISIANA              PAGE    1
                              DEPARTMENT OF CORRECTIONS      DATE 07/27/12
                                   *** STATEMENT ***
           DAVIS                BENYALE
6123 BVRS-D                                                  LSP NO:448184
HUNT CORRECTIONAL CENTER            BEAVER 2 TIER D          COMP #3

                           CHECK   ---REFERENCE---   -----SAVINGS-----  -----DRAWINGS-----  -----RESERVE-----
DESCRIPTION                NUMBER  NUMBER   DATE     DEPOSIT  WITHDRAW  DEPOSIT  WITHDRAW  DEPOSIT  WITHDRAW

    BEGINNING BALANCE                       11/28/11   52.34              92.98               0.00
CANTEEN SALE                       S894228  12/01/11    0.00     0.00     0.00    25.28      0.00     0.00
INCENTIVE PAY                      6534IP   12/04/11    0.80     0.00     0.00     0.00      0.00     0.00
visit                              6624dp   12/05/11    0.00     0.00    50.00     0.00      0.00     0.00
CANTEEN SALE                       S895024  12/09/11    0.00     0.00     0.00    25.45      0.00     0.00
CANTEEN SALE                       S895769  12/16/11    0.00     0.00     0.00    25.14      0.00     0.00

    CURRENT BALANCE                         12/25/11   53.14              67.11               0.00
```

```
line▲ 1       fmt▲     rl▲ -      shft▲      hld chrs▲     hld ln▲     ▲ RESULT
.DATE
.                              CANTEEN SALES LOG                                      C000644
* LSP   . SALES   . SALES   .RECEIPT. STA.T.    . SALES    .     . 3848      .STOR.
*NUMBER. TIME    . AMOUNT  .NUMBER . NUM.Y.VOID . DATE     .     .OF SALES   .LOC .
*======.========.=========.=======.====.=.=====.========.=====.=========.====.==
 448184 14:58:15   25.28 S894228 4125 1         12/01/11              20.16 6802
 448184 10:37:11   25.45 S895024 4125 1         12/09/11              20.11 6802
 448184 13:41:04   25.14 S895769 4125 1         12/16/11              20.51 6802
                           ..... END REPORT .....
```

```
line▲ 1      fmt▲    rl▲ -     shft▲      hld chrs▲      hld ln▲    ▲ RESULT
.DATE
.                   DEPARTMENT OF CORRECTIONS INCENTIVE PAY LOG              D000646
*3071
* LSP   .HR .  HOW  .P.WORK.WEEK OF .PAY .DRAWINGS .SAVINGS  .DRAWINGS .SAVINGS
*NUMBER.S   .UPDATED.S.ASGN.  PAY   .RATE.AMOUNT   .AMOUNT   .OLD BAL  .OLD BAL
*======.===.=======.=.====.========.====.=========.=========.=========.=========
 448184 040             6534 12/04/11 .020      0.00      0.80
                     ..... END REPORT .....
```

```
 65 HSU CELLBOCK ORD              |      STATE OF LOUISIANA          WEEK ENDING 12/04/11
 EHCC - HSU CB ORDERLY            |   DEPARTMENT OF CORRECTIONS         PG 001 OF 001
                                  |     INCENTIVE PAY ROSTER
```

| DOC NUMBER | NAME | RS | LIVING QRTS. | PAY RATE | JOB TITLE | MON | TUE | WED | THU | FRI | SAT | SUN | TOT HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102223 | LOCKETT, DANIEL | BM | GLF1RC | .170 | JANITOR/CLEANER 3 | | | | | | | | |
| 106410 | MCLENDON, WILLIE | WM | GLF1LA | .160 | JANITOR/CLEANER 3 | | | | | | | | |
| 130737 | TAYLOR, TROY M | BM | GLF1LA | .080 | JANITOR/CLEANER 1 | | | | | | | | |
| 424614 | WILLIAMS, VERNON | BM | GLF1RC | .070 | JANITOR/CLEANER 1 | | | | | | | | |
| 448184 | DAVIS, BENYALE | BM | FOX6LA | .020 | JANITOR/CLEANER | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 0 | 0 | 40 |

CODES
- IT = In Transit
- FR = Failed to Report
- CO = Call Out
- H = Hospital
- T = Transfered

TOTAL HOURS
This Page: 40
This Roster: 40

Submitted By: Sgt Dunbar
Signature / Title/Section

Approved By: Major Lem Lamp
Signature / Title/Section

INCENTIVE PAY ROSTERS
DEC 07 2011
POSTED BY

HSU C/B ORDERLIES

```
line▲ 1       fmt▲    rl▲ -     shft▲      hld chrs▲      hld ln▲     ▲ RESULT
.DATE
.                      DEPARTMENT OF CORRECTIONS INCENTIVE PAY LOG                D000646
*
* LSP   .HR .  HOW  .P.WORK.WEEK OF .PAY .DRAWINGS .SAVINGS  .DRAWINGS .SAVINGS
*NUMBER.S   .UPDATED.S.ASGN.  PAY   .RATE.AMOUNT   .AMOUNT   .OLD BAL  .OLD BAL
*======.===.=======.=.====.========.====.=========.=========.=========.=========
 448184 016              6534 01/22/12 .020       0.00      0.32
                     ..... END REPORT .....
```

| 65 HSU CELLBOCK ORD | | | | STATE OF LOUISIANA | | | | | | | WEEK ENDING 01/23/12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EHCC - HSU CB ORDERLY | | | | DEPARTMENT OF CORRECTIONS | | | | | | | PG 001 OF 001 |
| | | | | INCENTIVE PAY ROSTER | | | | | | | |

| DOC NUMBER | NAME | RS | LIVING QRTS. | PAY RATE | JOB TITLE | MON | TUE | WED | THU | FRI | SAT | SUN | TOT HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131943 | BARZE, DARRELL D | BM | GLF2LB | .999 | JANITOR/CLEANER | | | | | | | | |
| 339431 | GREEN, HERMAN | BM | FOX2LA | .020 | JANITOR/CLEANER | | | | | | | | |
| 341324 | JACKSON, MARVIN | BM | GLF1LB | .080 | JANITOR/CLEANER 1 | | | | | | | | |
| 424614 | WILLIAMS, VERNON | BM | GLF1RC | .070 | JANITOR/CLEANER 1 | | | | | | | | |
| 448184 | DAVIS, BENYALE | BM | FOX6LA | .020 | JANITOR/CLEANER | | 4/4 | | | 4/4 | | | 16 |

CODES
IT = In Transit
FR = Failed to Report
CO = Call Out
H  = Hospital
T  = Transfered

TOTAL HOURS
This Page: 16
This Roster: 1

Submitted By:
C. Bell   Sgt. U-2D
Signature   Title/Section

Approved By:
Arthur Foster   Capt  42D
Signature   Title/Section

INCENTIVE PAY ROSTERS
JAN 25 2012
POSTED BY

RECEIVED
JAN 23 2012
BUSINESS OFFICE
HUNT CORRECTIONAL CENTER
ST. GABRIEL, LA 70776

HSU cellblock ord.

```
line▲ 1      fmt▲    rl▲ -     shft▲     hld chrs▲    hld ln▲    ▲ (-1)RESULT
.DATE
.                                                                      E000650
*TO. LSP  .TRANSM. TRANSM .T.   AMOUNT  .  AMOUNT  .  HOLD   .TRN.S.TRANSACTN.
*TR.NUMBER.NUMBER.  DATE  .Y.  DEPOSIT  .WITHDRAWL.   DATE   .NUM.T.NOT POSTD. POSTE
*==.======.======.========.=.==========.==========.=========.===.=.==========.======
  21 448184 6624dp 12/05/11 D     50.00                        00098456    P
                         ..... END REPORT .....
```

BX #12-03

Copy from archive by 31st

# ELAYN HUNT CORRECTIONAL CENTER DEPOSIT ENVELOPE FOR VISITING AREA

FOR ALL DEPOSITS OF FUNDS TO INMATE ACCOUNTS AT THE VISITING PROCESS, YOU WILL BE REQUIRED TO UTILIZE THIS ENVELOPE AND PROVIDE ALL OF THE INFORMATION REQUESTED BELOW. FAILURE TO PROVIDE ALL INFORMATION REQUIRED MAY RESULT IN A DELAY OF THE DEPOSIT OF FUNDS TO THE INMATE'S DRAWING ACCOUNT.

YOU MAY LEAVE EITHER CASH OR MONEY ORDERS FOR DEPOSIT TO INMATE ACCOUNTS IN THIS ENVELOPE.
**Money orders require the inmate's name & DOC# and the remitter's name and address to be on the face of the money order.**

RECEIVED FROM: Tasheka Chatman    DATE: 12/4/11

AMOUNT: 50.00    MARK ONE:    CASH: ✓    MONEY ORDER: ___

FOR: Benyale Davis    #448184    Fox 6 Tier A EHCC    Receipt # 93456
    INMATE NAME    INMATE NUMBER    INMATE LOCATION

THE BUSINESS OFFICE WILL MAIL THIS RECEIPT TO THE INMATE WITHIN TWO (2) WORKING B.O. Staff Initials
DAYS NOTIFYING HIM OF DEPOSIT OF FUNDS INTO HIS INMATE DRAWING ACCOUNT:

ONCE YOU HAVE COMPLETED THE ABOVE AND SEALED YOUR FUNDS IN THE ENVELOPE YOU ARE TO DROP IT INTO THE SECURED BOX PROVIDED AT THE P BUILDING VISITING AREA.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS SERVICES
VISITATION
EHCC CASH RECEIPT LOG         PAGE 3

DATE: 12/5/2011

|    | DOC NUMBER | INMATE NAME | DEPOSIT AMOUNT | RECEIPT NUMBER | REMARKS |
|----|------------|-------------|----------------|----------------|---------|
| 1  | 519213 | MANUEL, JONATHAN | $25.00 | 98456 | WEEKEND VISITATION |
| 2  | 302856 | GIBSON, EDDIE | $60.00 | 98456 | WEEKEND VISITATION |
| 3  | 413115 | WASHINGTON, ONTRELL | $40.00 | 98456 | WEEKEND VISITATION |
| 4  | 523663 | PARAULT, DUSTIN | $50.00 | 98456 | WEEKEND VISITATION |
| 5  | 428521 | WALLS, DERRICK | $400.00 | 98456 | WEEKEND VISITATION |
| 6  | 466420 | WRIGHT, MAURICE | $30.00 | 98456 | WEEKEND VISITATION |
| 7  | 306042 | PICOU, KENNETH | $100.00 | 98456 | WEEKEND VISITATION |
| 8  | 306042 | PICOU, KENNETH | $200.00 | 98456 | WEEKEND VISITATION |
| 9  | 470278 | MANUEL, SIMON | $400.00 | 98456 | WEEKEND VISITATION |
| 10 | 393925 | MARTIN, TRAVIS | $60.00 | 98456 | WEEKEND VISITATION |
| 11 | 523194 | REED, DERRICK | $20.00 | 98456 | WEEKEND VISITATION |
| 12 | 584393 | CASSANO, KYLE | $40.00 | 98456 | WEEKEND VISITATION |
| 13 | 537196 | SHEDRICK, NORMAN | $30.00 | 98456 | WEEKEND VISITATION |
| 14 | 358788 | HOARD, BRIAN | $700.00 | 98456 | WEEKEND VISITATION |
| 15 | 586907 | HANKTON, ANTHONY | $20.00 | 98456 | WEEKEND VISITATION |
| 16 | 586907 | HANKTON, ANTHONY | $20.00 | 98456 | WEEKEND VISITATION |
| 17 | 096562 | HOLMES, JOSEPH | $20.00 | 98456 | WEEKEND VISITATION |
| 18 | 436447 | ROSSO, FRANK | $200.00 | 98456 | WEEKEND VISITATION |
| 19 | 306680 | JONES, ANTHONY | $60.00 | 98456 | WEEKEND VISITATION |
| 20 | 448184 | DAVIS, BENYALE | $50.00 | 98456 | WEEKEND VISITATION |

TOTAL DEPOSIT      $2,525.00

MONIES LISTED ABOVE HAVE BEEN RECEIVED INTACT AND ARE CORRECT

VERIFIED BY: L. Williams      DATE: 12/5/11      DP# 6624
ENTERED BY: BJanne            DATE: 12/5/11
POSTED BY: _____    DATE: _____

```
DEPARTMENT OF CORRECTIONS          PRISONERS FUND -INMATE ACCOUNTS                              PAGE NO   14
CENTRALIZED INMATE BANKING         PF40 TRANSACTIONS                                   WEEK ENDING DATE 12/11/11
REPORT FOR TRANSMITTAL NUMBER  6624DP
  DOC                              TRANS  TRANS  ITEM      TRANSACTION    *DRAWING*          *SAVING*          *RESERVE*              HOLD
NUMBER INMATE NAME                 STATUS NUMBER STATUS       DATE     DEPOSIT WITHDRAWAL DEPOSIT WITHDRAWAL DEPOSIT WITHDRAWAL       DATE

586907 HANKTON      ANTHONY          D     17   ***POSTED****  12/05/11    20.00                                                    00098456
       visit
096562 HOLMES       JOSEPH           D     18   ***POSTED****  12/05/11    20.00                                                    00098456
       visit
436447 ROSSO        FRANK       S    D     19   ***POSTED****  12/05/11   200.00                                                    00098456
       visit
306680 JONES        ANTHONY          D     20   ***POSTED****  12/05/11    60.00                                                    00098456
       visit
448184 DAVIS        BENYALE          D     21   ***POSTED****  12/05/11    50.00                                                    00098456
       visit

BATCH NUMBER  NUMBER OF TRANS  REFERENCE DATE   ******* TOTAL DEPOSITS ******* ******* TOTAL WITHDRAWALS *******
 6624DP            20             12/05/11          2525.00      0.00      0.00      0.00      0.00      0.00
```