UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENYALE DAVIS | CIVIL ACTION |
| VERSUS | NO. 11-712 |
| HOWARD PRINCE, WARDEN | SECTION "F" (2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** this court finds that plaintiff deposited his notice of appeal in this case in the internal prison mail system on December 12, 2011, and that under the applicable "mailbox rule" and Fed. R. App. 4(c)(1), his notice of appeal was timely filed.

As directed in the remand order of the United States Court of Appeals for the Fifth Circuit, the Clerk of Court is hereby directed to return this matter with all supplemental materials filed in this court's record to the United States Court of Appeals for the Fifth Circuit for further proceedings.

New Orleans, Louisiana, this 12th day of SEPT., 2012.

_____
UNITED STATES DISTRICT JUDGE